THE UNITED STATES COURT OF
APPEALS FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

      Appellee,

v.                                        APPEAL NO. 14-4229

TIMOTHY WILLIAMS and
DERRICK WELLS,

      Appellants.

## UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

Come now, the Appellants, Timothy Williams and Derrick Wells, through counsel, Nicholas J. Compton and Shawn McDermott, respectfully filing this Motion to Extend the Briefing Schedule issued in this matter.

In support, Messrs. Williams and Wells rely upon the following grounds:

1.      By Order of the Court, Messrs. Williams and Wells' Consolidated Brief and Appendix must be filed on or before June 5, 2014.

2.      Undersigned Counsel have begun working on the Appellants' Brief and Appendix.

3.      Undersigned Counsel have been unable to complete the Brief and Appendix.

4.      Mr. Compton is currently scheduled to be in trial on June 17, 2014, in the matters of United States v. Lamarcus Robinson, Criminal Action number 3:14CR7, and United States v. Jason Tyler Bland, Criminal Action number 3:14CR17.

5.      Further, Mr. Compton is scheduled to attend a Continuing Legal Education

Seminar, the Annual Criminal Justice Act Panel Attorney Seminar for the Northern and Southern Districts of West Virginia, on June 12 and 13, 2014. Mr. Compton will be delivering a presentation at this Seminar.

      6.     Mr. McDermott and Assistant United States Attorney Jarod J. Douglas have both become first-time fathers in the end of May, and have both taken leave.

      7.     The Government does not oppose this request for additional time to prepare and file the Appendix and Appeal in this matter.

WHEREFORE, Appellants respectfully request an additional thirty (30) days to file the Brief and Appendix in this matter.

                                            Respectfully submitted,

                                            <u>TIMOTHY WILLIAMS</u> and
<u>DERRICK WELLS</u>
By Counsel

By:    <u>/s/ Nicholas J. Compton</u>
        Nicholas J. Compton
        Assistant Federal Public Defender
        Federal Public Defender Office
        651 Foxcroft Avenue, Suite 201
        Martinsburg, West Virginia 25401
        Tel: (304) 260-9421

By:    <u>/s/ Shawn McDermott</u>
        Shawn McDermott, Esq.
        Kevin D. Mills & Associates, PLLC
        1800 West King Street
        Martinsburg, West Virginia 25401
        Tel: (304) 262-9300

## CERTIFICATION OF SERVICE

I hereby certify that on June 4, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which will send notification of such filing to the following CM/ECF user:

> Jared J. Douglas, Esq.
> Assistant United States Attorney
> United States Attorney's Office
> 217 West King Street, Suite 400
> Martinsburg, West Virginia 25401
> Tel: (304) 262-0590

By:  /s/ Nicholas J. Compton
Nicholas J. Compton
Assistant Federal Public Defender
Federal Public Defender Office
651 Foxcroft Avenue, Suite 201
Martinsburg, West Virginia 25401
Tel: (304) 260-9421

By:  /s/ Shawn McDermott
Shawn McDermott, Esq.
Kevin D. Mills & Associates, PLLC
1800 West King Street
Martinsburg, West Virginia 25401
Tel: (304) 262-9300