# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 9, 2014

_____

BRIEF CORRECTION NOTICE
ANDERS DECONSOLIDATION

_____

No. 14-4180,   <u>US v. Derrick Wells, Jr.</u>
              3:13-cr-00033-GMG-JES-3

TO: Shawn R. McDermott

CORRECTED FILING DUE: July 21, 2014

This appeal was deconsolidated because one of the defendants in the consolidation filed an Anders brief.

In light of the court's order deconsolidating this appeal, counsel is directed to file a corrected separate brief/appendix for this appeal by the due date shown. The previously filed electronic brief will be struck upon receipt of the corrected brief. If you wish to correct the previously filed documents as opposed to submitting a new set, arrangements should be made with this office for return of the previously filed paper copies.

Other due dates under the briefing schedule are unaffected by the corrected filing.

Sharon A. Wiley, Deputy Clerk
804-916-2704

Copies:   Jarod James Douglas
              Shawn R. McDermott